# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

JASON PARKINSON,
                          Plaintiff(s),

vs.

BOSTON SCIENTIFIC CORPORATION,
                          Defendant(s).

Case Number:
18-CV-277-JED-JFJ

## JOINT STATUS REPORT

**Jury Demanded**: ☐ Yes ☒ No

**I.** **Summary of Claims**: Petition for Declaratory Judgment and Other Relief requesting that certain restrictive covenants be found void and unenforceable under Oklahoma law.

    A. Claims to be Dismissed: None.

**II.** **Summary of Defenses**:

    Defenses to be Abandoned: None.

**III.** **Motions Pending** (Include Docket Number, Description and Date at Issue)**:**

    Defendant's Motion to Transfer and Memorandum in Support (Dkt. No. 9). Plaintiff filed his Response in Opposition to Defendant's Motion to Transfer and Memorandum in Support on June 22, 2018 (Dkt. No. 11). Defendant will file its Reply in support of its Motion to Transfer on or before July 6, 2018.

**IV.** **Stipulations:**

    A. Jurisdiction Admitted: ☒ Yes ☐ No (If no, explain.)

    B. Venue Appropriate: ☐ Yes ☒ No (If no, explain.) Defendant has filed a Motion to Transfer to the U.S. District Court for the District of Massachusetts premised upon a forum selection clause contained in Plaintiff's employment agreement with Defendant. By submitting this status report, Defendant does not consent to proceedings in this forum or waive any of its rights.

    C. Facts: Plaintiff executed an agreement with Boston Scientific Corporation which contains several restrictive covenants. He is now employed by a competitor, Nevro Corp.

    D. Law: Oklahoma's restrictive covenant statutes (15 O.S. §§ 217-219B) and case law; Oklahoma's choice-of-law case law.

**V.** **Proposed Deadlines:**

    A. Parties to be Added by: August 15, 2018

B. Proposed Discovery Cutoff Date (4 Months of Discovery Unless Extended by the Court for Good Cause): November 1, 2018

C. Fact Witness Lists to be Exchanged by: September 1, 2018

D. Proposed Date for Expert Reports by Plaintiff and Defendant: Not applicable.

VI. **Fed. R. Civ. P. 26(f) Discovery Plan**

A. Should any changes be made to the timing, form or requirements for disclosures under Rule 26(a)?
☐ Yes (If yes, explain.)
☒ No

B. When were or will initial disclosures under Rule 26(a)(1) be made? Initial Disclosures will be made by July 3, 2018.

Note that pursuant to Rule 26(a)(1), initial disclosures must be made within 14 days after you confer for the purpose of preparing this discovery plan. All parties are under an affirmative duty to (i) comply with the mandatory disclosure requirements, and (ii) notify the Court of any non-disclosure so that the issue can be promptly referred to a magistrate judge for resolution. Failure of any party to disclose information or failure of any party to bring disclosure issues to the Court's attention in a timely manner may result in sanctions, including prohibiting the use of that information at trial pursuant to Rule 37(c)(1).

C. Should discovery be conducted in phases and/or should discovery be limited at this time to particular subject matters or issues? ☐ Yes ☒ No

D. Should any changes be made in the limitations on discovery imposed by the Federal Rules of Civil Procedure or the Local Civil Rules?
☐ Yes (If yes, explain.)
☒ No

E. Proposed Number of Fact and Expert Depositions:

1. To be allowed for Plaintiff? 10

2. To be allowed for Defendant? 10

F. Is there a need for any special discovery management order(s) by the Court?
☐ Yes (If yes, explain.)
☒ No

G. The parties are directed to Guidelines for Discovery of Electronically Stored Information on the public website at www.oknd.uscourts.gov for advice on the production of electronic information.

VII. **Anticipated Dispositive Motions?**
☒ Yes (If yes, describe.) Plaintiff and Defendant each plan to file a Motion for Summary Judgment.
☐ No

VIII. **Do all parties consent to trial before the assigned magistrate judge?** ☐ Yes ☒ No

If yes, please email a proposed Consent to Magistrate for Trial (AO-085) to the Clerk via the designated mailbox at CM-ECFIntake_OKND@oknd.uscourts.gov and indicate the month and year in which trial by the magistrate judge is requested. Please do not file proposed documents as an attachment to a document.

(Refer to Section XIV of the CM/ECF Administrative Guide of Policies and Procedures for further instruction regarding proposed documents.)

**IX.** **Is there any matter that should be referred to the assigned magistrate judge for final disposition upon partial consent of all the parties pursuant to Local Rule 73.1?** ☐ Yes ☒ No

If yes, please email a completed, proposed Consent to Magistrate Disposition Motion (AO 085A) to the Clerk via the designated mailbox at CM-ECFIntake_OKND@oknd.uscourts.gov. Please do not file proposed documents as an attachment to a document. (Refer to Section XIV of the CM/ECF Administrative Guide of Policies and Procedures for further instruction regarding proposed documents.)

**X.** **Settlement Plan** (Check one):

☒ Settlement Conference Requested After: Within 30 days of the Discovery Cutoff Date.
   Describe Settlement Judge Expertise Required, If Any: Restrictive covenants; Employment law.

☐ Private Mediation Scheduled On:

☐ Other ADR (Explain):

☐ ADR Appropriate:
   ☐ Yes
   ☐ No (If no, explain.)

Copy of the Court's ADR Booklet Provided to Clients as Required?

| | | |
|---|---|---|
| Plaintiffs: | ☒ Yes | ☐ No |
| Defendants: | ☒ Yes | ☐ No |

**XI.** **Does this case warrant special case management?**
☐ Yes (If yes, explain.)
☒ No

**XII.** **Do the parties request that the Court hold a scheduling conference?** ☐ Yes ☒ No

If a conference is not requested or ordered by the Court, the Court will, after receiving this report, issue a scheduling order based on the information contained in this report.

**XIII.** **Estimated Trial Time:**

3 days

Attorney for Plaintiff (Name, OBA #, Firm Name, Address, City, State, Zip, Phone, Fax, Email):

> David R. Cordell, OBA #11272
> Nancy E. Vaughn, OBA #9214
> CONNER & WINTERS, LLP
> 4000 One Williams Center
> Tulsa, OK 74172-0148
> (918) 586-5711
> (918) 586-8547 (fax)
> dcordell@cwlaw.com
> nvaughn@cwlaw.com

Attorney for Defendant   (Name, OBA #, Firm Name, Address, City, State, Zip, Phone, Fax, Email):

    Justin P. Grose, OBA #31073
    OGLETREE, DEAKINS, NASH, SMOAK
      & STEWART, P.C.
    The Heritage Building
    621 N. Robinson Ave., Suite 400
    Oklahoma City, OK 73102
    Telephone: (405) 546-3758
    Facsimile: (405) 546-3775
    Justin.grose@ogletree.com

    --and--

    Martin S. Chester (*pro hac vice* forthcoming)
    Kate E. Middleton (*pro hac vice* forthcoming)
    David C. Archer (*pro hac vice* forthcoming)
    FAEGRE BAKER DANIELS LLP
    2200 Wells Fargo Center
    90 South Seventh Street
    Minneapolis, MN 55402
    (612) 766-7000
    (612) 766-1600 (fax)
    Martin.Chester@FaegreBD.com
    Kate.Middleton@FaegreBD.com
    David.Archer@FaegreBD.com